UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINALD MCCLAIN,

     Petitioner,

v.                                                                                  Case No. 5:20-cv-367-Oc-37PRL

WARDEN, FCC COLEMAN – LOW,

     Respondent.
_____

## ORDER

THIS CAUSE is before the Court on Petitioner Reginald McClain's Petition for

Writ of Habeas Corpus (Doc. 1) filed under 28 U.S.C. § 2241. However, Petitioner failed

to pay the required filing fee or request to proceed as a pauper within thirty days of filing.

*See* Doc. 2 at 1-2 (warning that a prisoner case will be subject to dismissal if the filing fee

is not paid or an application to proceed IFP is not filed within 30 days of filing).

     It is **ORDERED** and **ADJUDGED:**

1.  This case is **DISMISSED** without prejudice.[1]

2.  The Clerk of Court is directed to close this case.

     **DONE** and **ORDERED** at Orlando, Florida, on October 28, 2020.

---

[1] *See* Local Rule 1.03(e) (authorizing *sua sponte* dismissal of prisoner cases if the filing fee
or *in forma pauperis* application is not filed within 30 days of the start of the action); *see
also* 28 U.S.C. § 1914(a).



ROY B. DALTON JR.
United States District Judge

Copies furnished to:
Unrepresented Party